IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARTIK BROTHERS, INC.,

       Plaintiff,                       08cv1756

                                        **ELECTRONICALLY FILED**

   v.

KIEBLER SLIPPERY ROCK, LLC,

       Defendant.

**ORDER OF COURT**

AND NOW, this 3rd day of September, 2009, after careful consideration of plaintiff

Martik Brothers, Inc.'s Motion to Compel Discovery Response of Paul Kiebler pursuant to

Federal Rule of Civil Procedure 37 (Doc. No. 52) and defendant Kiebler Slippery Rock, LLC's

Answer thereto (Doc. No. 55), and the attachments to the motion and answer, IT IS HEREBY

ORDERED that the motion to compel is DENIED as moot.

      The Court finds that plaintiff's motion to compel is rendered largely, if not entirely, moot

by the discovery disclosures provided shortly after said motion was filed.  See Answer (Doc. No.

55-2).  To the extent plaintiff disagrees with defendant that the disclosures render the motion

moot and is unable to reach an agreement on any remaining disputed matters with defendant, this

denial is without prejudice for plaintiff to file a second motion to compel.

                              s/ Arthur J. Schwab
                              Arthur J. Schwab
                              United States District Judge

cc:  all ECF Registered counsel